IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


EARL RAY MILLS                                                    PLAINTIFF


        v.                        Civil No. 06-2007


STATE OF ARKANSAS;
SHERIFF MIKE ALLEN;
PAROLE OFFICER SEIFERT;
and JOHN & JANE DOES                                             DEFENDANTS

**O R D E R**

 Plaintiff's complaint was filed in this case on January 12, 2006. Before the undersigned

is the issue of whether the complaint should be served. In order to assist the court in making

such determination, it is necessary that plaintiff provide additional information with respect to

his claims.

 Accordingly, it is ordered that plaintiff, Earl R. Mills, complete and sign the attached

addendum to his complaint, and return the same to the court **by March 3, 2006. Plaintiff is**

**advised that should he fail to return the completed and executed addendum by March 3,**

**2006, his complaint may be dismissed without prejudice for failure to prosecute and/or for**

**failure to obey an order of the court.**

 IT IS SO ORDERED this 3rd day of February 2006.


                                        /s/ Beverly Stites Jones
                                        UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


EARL RAY MILLS                                                                    PLAINTIFF


        v.                              Civil No. 06-2007


STATE OF ARKANSAS;
SHERIFF MIKE ALLEN;
PAROLE OFFICER SEIFERT;
and JOHN & JANE DOES                                                          DEFENDANTS


## ADDENDUM TO COMPLAINT

TO:  EARL R. MILLS

        This form is sent to you so that you may assist the court in making a determination as to

the issue of whether your complaint should be served upon the defendants.  Accordingly, it is

required that you fill out this form and send it back to the court **by March 3, 2006**.  Failure to

do so will result in the dismissal of your complaint.

        The response must be legibly handwritten or typewritten, and all questions must be

answered completely in the proper space provided on this form.  If you need additional space,

you may attach additional sheets of paper to this addendum.

## RESPONSE

        In your complaint, you allege that your constitutional rights are being violated because

you are being denied your prescription medication for pain.  You also indicate you have been

denied access to a law library and have been denied a signature bond.

        1.   Please provide the dates of your incarceration at the Crawford County Detention

Center (CCDC).

Answer:

_____

_____

_____

    2.  Why are you incarcerated?  Are you awaiting trial on criminal charges or serving a

sentence or has your probation, parole, or supervised release been revoked?

Answer:

_____

_____

_____

_____

_____

_____

    3.  You indicate you are being denied your prescription medication for pain.  Please

state:  (a) what condition requires you to take pain medication; (b) who prescribed the pain

medication; (c) how long you have been taking the pain medication; and (d) whether you have

a valid prescription for the pain medication.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4.  You state you are being denied your pain medication.   Please state:  (a) whether you have been seen by medical personnel since your incarceration at the CCDC; (b) if you have been seen by medical personnel, indicate who you saw and what their response to your request for pain medication was; and (c) whether you are being given any type of medication for pain relief. If you are being given any type of medication, please state what medication you are receiving and how often you are receiving it.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

5. You indicate you have been denied access to a law library.

(A).  Do you have an attorney to represent you on your criminal charges?

Answer:  Yes _____ No _____.

If you answered no, please state what charges Bill Griggs represents you on.  You have listed Mr. Griggs as a defendant in another case you filed and indicated he was your public defender.

_____

_____

_____

_____

_____

(B).  Are you seeking access to a law library in connection with a criminal case or a civil case?

Answer:

_____

_____

_____

_____

_____

(C).  Are you allowed to send and receive legal mail?

Answer:  Yes _____ No _____.

If you answered no, please state how you were able to file two federal civil rights cases while you have been incarcerated at the CCDC.

_____

_____

_____

_____

_____

_____

_____

_____

_____

(D).  Have you missed any deadlines for filing documents with a court?

Answer:  Yes _____ No _____.

If you answered yes, please state what deadline you missed.  Be specific.  State what court the document was due in, what day it was due on, and when you filed it or whether you were able to file it at all.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(E).  Have you been barred from pursuing any claims because you did not have access to a law library?

Answer:  Yes _____ No _____.

If you answered yes, be specific.  State what claim you wanted to file, in what court the claim should have been filed, and why you were barred from filing the claim.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(F).  You have been able to communicate with your public defender when you needed

to.

Answer:  Agree _____ Disagree _____.

If you disagree, explain.  In doing so, be specific.

_____

_____

_____

_____

_____

(G).  Can you send and receive personal mail?

Answer:  Yes _____ No _____.

If you answered no, please explain how you communicate with family or friends.

_____

_____

_____

_____

_____

(H).  Your public defender could visit you at the CCDC.

Answer:  Agree _____ Disagree _____.

If you disagree, explain.  In doing so, be specific.

_____

_____

_____

_____

_____

(I).  Do you have access to a telephone?

Answer:  Yes _____ No _____.

If you answered yes, please state when you have access and how often.

_____

_____

_____

_____

_____

6.  You have named Sheriff Mike Allen as a defendant.  Please describe in detail how you believe he violated your federal constitutional rights.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

7. You have named Parole Officer Seifert as a defendant.

(A).  Is Seifert your parole officer?

Answer:  Yes _____ No _____.

If you answered no, please state why you have named him as a defendant.

_____

_____

_____

_____

_____

(B).  Please describe in detail how you believe Seifert violated your federal constitutional rights.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

8.  You have named the State of Arkansas as a defendant.  Please describe in detail how you believe the State of Arkansas has violated your federal constitutional rights.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

9.  You indicate you were denied a signature bond.  Bonds are set by the court.  Please explain what you mean when you say you were denied a signature bond and describe how the named defendants caused you to be denied a signature bond.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

     I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY

THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

                              _____

                              EARL R. MILLS

                              _____

                              DATE