IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

EARL RAY MILLS                                                    PLAINTIFF

v.                          CIVIL NO. 06-2007

STATE OF ARKANSAS;
SHERIFF MIKE ALLEN;
PAROLE OFFICER SEIFERT;
and JOHN & JANE DOES                                            DEFENDANTS

### ORDER

Now on this 17th day of May 2006, there comes on for consideration the report and recommendation filed herein on March 15, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 4). Plaintiff has not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, this action is dismissed on the grounds that Plaintiff has failed to prosecute this action and comply with the orders of this Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge